IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-91-220-D |
| CHARLES WESLEY MCGEE, JR., | ) | |
| Defendant. | ) | |

**O R D E R**

This matter comes before the Court upon a *pro se* writing from Defendant that was filed in the case record on May 9, 2016 [Doc. No. 1327]. The filing is liberally construed as a motion for early termination of Defendant's five-year term of supervised release, which will otherwise expire October 28, 2018. It is accompanied by copies of educational and training certificates and honors awarded to Defendant. The Court has also received information from Defendant's supervising probation officer regarding his conduct that may warrant early termination of supervised release. The probation officer recommends that the Court grant Defendant's request for early termination of supervision.

A district court has discretionary authority to terminate a term of supervised release and discharge the defendant at any time after expiration of one year of supervision if, after considering certain § 3553 factors, the court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e)(1); *see also Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012). Upon consideration of Defendant's motion in light of the information provided by his supervising probation officer,

the Court finds that early termination of Defendant's term of supervised release is warranted and that his motion should be granted.

IT IS THEREFORE ORDERED that Defendant's term of supervised release is terminated as of the date of this Order and Defendant is hereby discharged from supervision.

IT IS SO ORDERED this 11th day of May, 2016.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE